**Order entered September 18, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00804-CV

### IN RE F.A. BROWN'S CONSTRUCTION, LLC,
### D/B/A BROWN CONSTRUCTION
### AND BROWN'S CONCRETE CONSTRUCTION, Relator

### Original Proceeding from the 134th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-13-09249

## ORDER
Before Justices Lang-Miers, Fillmore, and Stoddart

In accordance with the Court's opinion of this date, we **CONDITIONALLY GRANT** relator's petition for writ of mandamus. We **ORDER** the trial court to issue a written order vacating its order of April 3, 2018, **within fifteen (15) days of the date of this order**. We further **ORDER** the trial court to file with this Court, **within thirty (30) days of the date of this order**, a certified copy of its order issued in compliance with this order. We further **ORDER** the trial court to conduct further proceedings on the issue of venue in accordance with this Court's mandate of April 2, 2018. Should the trial court fail to comply with this order, the writ will issue.

/s/    ELIZABETH LANG-MIERS
        JUSTICE